UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.O.S.,<br>Petitioner,<br>v.<br>MINGA WOFFORD, et al.,<br>Respondents. | No. 1:26-cv-02102-DC-CSK (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. Nos. 9, 15) |

Petitioner, while an immigration detainee, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 26, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (Doc. No. 15.) That same day, Respondents objected to the findings and recommendations "[f]or the reasons set forth in Respondents' previous briefing ([Doc.] No. 9.)." (Doc. No. 16.) However, those arguments were already addressed and rejected by the magistrate judge and the undersigned. (*See* Doc. Nos. 10, 15.) Thus, Respondents' objections provide no basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 26, 2026 (Doc. No. 15), are ADOPTED;
2. The petition for writ of habeas corpus (Doc. No. 1) is GRANTED;
3. Respondents' motion to dismiss (Doc. No. 9) is DENIED;
4. The injunctive relief set forth in this court's prior order (Doc. No. 10) is made permanent; and
5. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 24, 2026**

Dena Coggins
United States District Judge